IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00042-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JAMES PASEA,

    Defendant.

ORDER

This matter comes before the court on the United States' Consent Motion for Order of Restitution. [DE 104]. For good cause shown, the motion is GRANTED. Defendant is hereby ORDERED to pay restitution in this matter. Restitution shall be distributed to the following compensable victims in the amounts set forth below and the Clerk's Office is DIRECTED to amend Defendant's judgment accordingly:

| Victim | Restitution Amount |
| --- | --- |
| **Bank of America**<br>Legal Order Operations<br>800 Samoset Drive<br>Newark, DE 18713 | $79,292.80 |
| **JPMorgan Chase**<br>ATTN: Restitution Payments<br>P.O. Box 17055<br>Wilmington, DE 19886-7055 | $8,183.35 |

The court determines that Defendant does not have the ability to pay interest. Accordingly, the interest requirement as to restitution is waived.

Payment of restitution and the special assessment of $100.00 shall be due and payable in full immediately. However, if Defendant is unable to pay in full immediately, the special

assessment and restitution may be paid through the Inmate Financial Responsibility Program ("IFRP"). The court orders that Defendant pay a minimum payment of $25 per quarter through the IFRP, if available. The court, having considered Defendant's financial resources and ability to pay, orders that any balance still owed at the time of release shall be paid in installments of $100.00 per month to begin sixty (60) days after Defendant's release from prison. At the time of Defendant's release, the probation officer shall take into consideration Defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

The hearing scheduled for the November 5, 2024, term of court is TERMINATED.

SO ORDERED this 31st day of October, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE